TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Karmen Jones

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| Karmen Jones,<br><br>              Plaintiff,<br><br>     vs.<br><br>Lazarus Financial Group, Inc.,<br><br>           Defendant. | Case No.: 5:16-cv-01629-BRO-DTB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Karmen Jones ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: __*/s/  Trinette G. Kent*__
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Karmen Jones

2

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On November 3, 2016, I served a true copy of foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**.

**BY ELECTRONIC FILING:** I hereby certify that on November 3, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendant Lazarus Financial Group, Inc.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

3

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Executed on November 3, 2016.

By: */s/   Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Karmen Jones

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE